**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :     No. 26 MAL 2019

Respondent

v.

ALEXANDER TORRES-KUILAN,

Petitioner

: Petition for Allowance of Appeal from
: the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.